UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KYLE DEAN SCOTT,

Plaintiff,

v.

WESTERN STATE HOSPITAL, et al.,

Defendants.

CASE NO. 3:25-cv-06184-BHS

ORDER

THIS MATTER is before the Court on Magistrate Judge Grady Leupold's report and recommendation (R&R), Dkt. 16, recommending this Court grant plaintiff Scott's motion to dismiss this case without prejudice, Dkt. 15.

A district court "shall make a de novo determination of those portions of the report or specified proposed finding or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C) (emphasis added); *see also* Fed. R. Civ. P. 72(b)(3). It must modify or set aside any portion of the order that is clearly erroneous or contrary to law. Fed. R. Civ. P. 72(a). The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions. Fed. R. Civ. P. 72(b)(3).

ORDER - 1

The Court must "review the Magistrate Judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (citing § 636(b)(1)(C)). A proper objection requires "specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2).

No party has filed any objections to the R&R. The R&R is neither clearly erroneous nor contrary to law. The R&R, Dkt. 16, is **ADOPTED**.

The case is **DISMISSED without prejudice**. The Clerk shall close the case.

IT IS SO ORDERED.

Dated this 8th day of May, 2026.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2